IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Manuela Zamarron, | ) | No. CV-11-275-PHX-ROS |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Progressive Financial Services Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On August 12, 2011, the parties filed a stipulation to dismiss with prejudice pursuant to Rule 41(a)(1)(A)(ii).  (Doc. 12).

Accordingly,

**IT IS ORDERED** pursuant to the stipulated dismissal (Doc. 12), **the case is dismissed with prejudice**, each party to bear their own costs and attorneys' fees.  The **Clerk of the Court shall close this case**.

DATED this 23rd day of August, 2011.

_____
Roslyn O. Silver
Chief United States District Judge